**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01044-CV

**CHANDLER MANAGEMENT CORPORATION, Appellant**

**V.**

**FIRST SPECIALTY INSURANCE CORPORATION, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06968**

## ORDER

We **GRANT** appellant's January 10, 2014 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before February 4, 2014.

/s/ ADA BROWN
   JUSTICE